IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KEVIN LUNDY                                 §
                                           §
              Petitioner,                   §
                                           §
VS.                                        §
                                           §         NO. 3-06-CV-1855-K
NATHANIEL QUARTERMAN, Director §
Texas Department of Criminal Justice,       §
Correctional Institutions Division          §
                                           §
              Respondent.                   §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the

Findings and Recommendation of the United States Magistrate Judge in accordance with

28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of

the Magistrate Judge are correct, and they are hereby accepted as the Findings of the

Court.

SO ORDERED.

Signed this 3rd day of November, 2006.


_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE